# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JON D. BOLTON,

    Plaintiff,

v.

STATE OF NEVADA, *et al*.,

    Defendants.

Case No. 2:06-CV-00522-KJD-RJJ

**ORDER**

    Presently before the Court is the Report and Recommendation (#22) of United States Magistrate Judge Robert J. Johnston. Plaintiff filed timely Objections (#23) in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. Having conducted a *de novo* review, the Court finds that the Objections should be granted. Plaintiff's failure to prosecute this action was in accordance with the Court's Order (#19) entered July 5, 2006, referring the Amended Complaint (#20) to the magistrate judge for screening in accordance with 28 U.S.C. § 1915e.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Objections (#23) to the Report and Recommendation (#22) of United States Magistrate Judge Robert J. Johnston entered May 7, 2007 are **GRANTED**;

////

////

IT IS FURTHER ORDERED that the Amended Complaint (#20) is referred to the magistrate judge for screening in accordance with 28 U.S.C. § 1915e.

DATED this 22ND day of June 2007.

_____
Kent J. Dawson
United States District Judge